```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 28759
    IDA ALANA SMITH
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0347

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/20/2005 and was confirmed 08/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  CURRENT MORTG    25049.66         .00       25049.66
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE     2299.74         .00        2299.74
ILLINOIS TITLE LOANS      SECURED            436.01       25.40         436.01
BANK ONE                  UNSEC W/INTER NOT FILED           .00            .00
CAPITAL ONE               UNSEC W/INTER      354.42       37.83         354.42
CITY OF CHICAGO PARKING   UNSEC W/INTER      450.00       50.29         450.00
ROUNDUP FUNDING LLC       UNSEC W/INTER     1048.35      110.30        1048.35
ROUNDUP FUNDING LLC       UNSEC W/INTER      637.92       71.33         637.92
ECAST SETTLEMENT CORP     UNSEC W/INTER      793.98       84.25         793.98
JP SALINAS                UNSEC W/INTER NOT FILED           .00            .00
MIDNIGHT VELVET           UNSEC W/INTER NOT FILED           .00            .00
NATIONAL QUICK CASH       UNSEC W/INTER      274.33       32.11         274.33
NORTHSTAR CREDIT UNION    UNSEC W/INTER      432.69       48.35         432.69
PAYDAY EXPRESS            UNSEC W/INTER NOT FILED           .00            .00
US CELLULAR               UNSEC W/INTER NOT FILED           .00            .00
PAYDAY LOAN STORES OF IL  UNSEC W/INTER NOT FILED           .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                      1,988.86
DEBTOR REFUND             REFUND                                         882.19

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               37,808.01

PRIORITY                                             .00
SECURED                                        27,785.41
    INTEREST                                       25.40
UNSECURED                                       3,991.69
    INTEREST                                      434.46
ADMINISTRATIVE                                  2,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 28759 IDA ALANA SMITH
```

```
TRUSTEE COMPENSATION                                     1,988.86
DEBTOR REFUND                                              882.19
                                  ----------------  ----------------
TOTALS                                   37,808.01         37,808.01
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/24/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE